IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 09-cr-00312-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. VICTOR HUGO GONZALEZ,

   Defendant.

## ORDER

THIS MATTER comes before the Court on the government's Motion to Disclose Grand Jury Material To Defendant, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i)&(F) **(#12)**.

HAVING REVIEWED the motion, the Court finds that good and sufficient cause supports the same.

Therefore, it is **ORDERED** that the Government's motion is **GRANTED**, and that certain grand jury testimony and grand jury documents may be disclosed to defendant and his attorney in the course of discovery in this case.

It is further **ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to defendant and his attorney; that the defense attorney shall maintain custody of such materials and shall not reproduce or disseminate the same without further order of this Court.

DATED this 20th day of July, 2009.

             **BY THE COURT:**

             *Marcia S. Krieger*
             _____

             Marcia S. Krieger
             United States District Judge