IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover
Court Reporter: Paul Zuckerman

Date: November 2, 2009

Criminal Action No. 09-cr-00312-MSK

*Parties*:

*Counsel*:

UNITED STATES OF AMERICA,

Richard Hosley

       Plaintiff,

v.

VICTOR HUGO GONZALEZ,

Patrick Ridley

       Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

**11:02 a.m.**    **Court in session.**

Defendant present in custody.

Defendant is arraigned on Count 1 of the **Amended Information**. Defendant pleads guilty to Count 1 of the **Amended Information. The Government intends to dismiss the prior Information (Doc. #1).**

Defendant sworn.

The Court advises the defendant of his right to be indicted by the grand jury. The defendant waives his right to indictment.

Defendant advised regarding:

    1)    The Plea Agreement;
    2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

        3)      The objectives and factors in 18 U.S.C. §3553(a).

The Government orally moves to dismiss the prior Information (Doc. #1). Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received.

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **the Amended Information.**

**ORDER:** The Government's oral motion to dismiss the original Information (Doc. #1) is **GRANTED, but the effect of the Order is stayed until time of sentencing.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set to take place in Courtroom A901, 901 19th Street, Denver, CO. **The hearing date will be confirmed to counsel by text order.**

**ORDER:** Pending Motions - **Doc.# 9 is DENIED as moot, Doc. #11 is GRANTED.**

**ORDER:** Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

**11:46 a.m.**    **Court in recess.**

**Total Time:**   **44 minutes.**
**Hearing concluded.**